# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D24-0062
LT Case Nos. 2023-300315-CFDB
2023-300316-CFDB

—————————————————

HOWARD LAMONT EADY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Howard Lamont Eady, Avon Park, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan Assistant Attorney General, Daytona Beach for Respondent.

April 12, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 4, 2023 judgment and sentence rendered in Case Nos. 2023-300315-CFDB and 2023-300316-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____